**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ABRAHAM J. ELLIOTT,, <br><br> Defendant. | CASE NO: 2: 16-cr-120-LRH-CWH <br><br> **ORDER ON EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Nisha Brooks-Whittington, Assistant Federal Public Defender's Ex Parte Motion to Withdraw as Counsel of Record [ECF #30] (Filed under Seal) is granted.

The Court will consider the defendant's Motion to Reconsider the Court's Order of 02/21/2017, Regarding Revocation Hearing (Evidentiary Hearing Requested) ("Pro se Motion to Reconsider"), [ECF #29]. The Government shall have ten (10) days to respond from the entry of this order.

IT IS SO ORDERED.

DATED this 27th day of March, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE